**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ALIVIA DURBIN, *et al.*, | : |
| Plaintiffs, | : Case No. 1:21-cv-00052 |
| vs. | : |
| | : Judge Matthew W. McFarland |
| OAKLEY PUB & GRILL, LLC, *et al.*, | : Mag. J. Karen L. Litkovitz |
| Defendant. | : |

**JOINT MOTION TO APPROVE SETTLEMENT**

Plaintiffs Alivia Durbin, Katherine Bucklin, Amy Jackson, and Sabrina Abusway (collectively, "Plaintiffs") and Defendants Oakley Pub & Grill, LLC and Jon Marc Bernier (collectively, "Defendants") respectfully move this Court for an Order approving their Fair Labor Standards Act ("FLSA") settlement. The settlement was reached by experienced wage and hour counsel during arms-length, good faith negotiations. Full analysis is contained within the accompanying memorandum of law, and a proposed order is attached.

Dated: July 20, 2022

Respectfully Submitted,

/s/ *Robert E. DeRose*
Robert E. DeRose (0055214)
Brian R. Noethlich (0086933)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, OH 43219
Telephone: (614) 221-4221
Facsimile: (614) 744-2300
Email: bderose@barkanmeizlish.com
Email: bnoethlich@barkanmeizlish.com

*Counsel for Plaintiffs*

                                      */s/ Jamie M. Goetz-Anderson*
                                      Katharine C. Weber (0042126)
                                      Jamie M. Goetz-Anderson (0083562)
                                      **JACKSON LEWIS P.C.**
                                      201 East Fifth Street, 26th Floor
                                      Cincinnati, Ohio 45202
                                      Telephone: (513) 898-0500
                                      Fax: (513) 898-0051
                                      Katharine.weber@jacksonlewis.com
                                      Jamie.goetz-anderson@jacksonlewis.com

                                      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2022 the foregoing was served on counsel for all parties through this Court's ECF system.

                                      */s/ Robert E. DeRose*
                                      Robert E. DeRose