# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ALIVIA DURBIN, et al., | : | Case No. 1:21-cv-00052 |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| v. | : | |
| OAKLEY PUB & GRILL, LLC, et al., | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** The settlement is APPROVED and the claims asserted in this action against Defendant Oakley and Defendant Benier are DISMISSED WITH PREJUDICE, although the Court will retain jurisdiction over Defendants and the Plaintiffs concerning any disputes pertaining to the enforcement of the settlement.

Dated: July 27, 2022.

                                                                         Richard W. Nagel, Clerk of Court
                                                                        By: */s/ Kellie A. Fields*
                                                                                 Deputy Clerk